**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-02212-WJM-KMT　　　　FTR - Courtroom C-201

**Date:** May 21, 2012　　　　　　　　　　　　　　Deputy Clerk, Nick Richards

BRENT K. FISHER,　　　　　　　　　　　　　　Cheryl Ann Rose
　　　　　　　　　　　　　　　　　　　　　　　　Robert Oscar Fischel
　　　　Plaintiff,

v.

COLORADO CASUALTY INSURANCE　　　　Brian John Spano
COMPANY,　　　　　　　　　　　　　　　　　　Lyndsay K. Arundel

　　　　Defendant.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:31 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel Disclosure of Unredacted Claim File [Doc. No. 18, April 2, 2012] and Plaintiff's Motion for Sanctions [Doc. No. 20, filed April 2, 2012].

It is **ORDERED**:　　Plaintiff's Motion for Sanctions [20] is **WITHDRAWN**.

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:　　Plaintiff's Motion to Compel [18] is **DENIED**. However, defense counsel shall produce a more complete privilege log to plaintiff's counsel on or before May 24, 2012.

**Court in Recess: 2:14 a.m.**
Hearing concluded.
Total In-Court Time    00:43

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.